**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
OCT 0 8 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE MANCILLAS PONCE,<br><br>    Defendant. | Criminal Case No. 20-cr-2845-CAB<br><br>INFORMATION<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony) |

The United States Attorney charges:

### COUNT 1

On or about September 3, 2020, within the Southern District of California, defendant JOSE GUADALUPE MANCILLAS PONCE did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, one 950 milliliter bottle of "Qufuran", ten 1-liter bottles of "Metaldane 600", twenty-three 1-liter bottles of "Biozyme TF", and seven 1-liter bottles of "Lorsban 480EM", respectively, in violation of Title 18, United States Code, Section 545.

Dated: Sept. 16, 2020

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Melanie K. Pierson*

MELANIE K. PIERSON
Assistant U.S. Attorney